IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLESAND SHIPPING CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:13-CV-3611 |
| SPT, LTD., and Subfreights held by SPT, Inc., SPT MARINE TRANSFER SERVICES, LTD., and MERCURIA ENERGY TRADING, INC. relating to the Vessel SPT CHAMPION, | § § § § § § § § | ADMIRALTY – RULE C |
| Defendants. | § § | |

## JOINT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

In compliance with the Court's order of April 3, 2014 (Doc. 42), requiring that a status report be provided every 60 days, the parties herein advise as follows:

The arbitration proceedings in Norway remain pending. After the Oslo City Court appointed chairmen for the arbitration panels in both referenced arbitration proceedings, this decision was appealed. The Court of Appeal upheld the decision from Oslo City Court in a decision dated 23 September 2014. The decision from the Court of Appeal can be appealed to the Supreme Court. The arbitration proceedings in Norway will move forward once the dispute relating to appointment of chairmen has been resolved.

Respectfully submitted,

/s/ Keith B. Letourneau
Keith B. Letourneau
State Bar No. 00795893
Federal Bar No. 20041
700 Louisiana, Suite 4000
Houston, Texas 77002
Telephone:  (713) 228-6601
Facsimile:   (713) 228-6605
Email: kletourneau@blankrome.com
**Attorney-in-Charge for Plaintiff Lillesand Shipping Co. Ltd.**

**OF COUNSEL:**
Mitchell R. Machann
State Bar No. 24037011; Federal Bar No. 578461
Email: mmachann@blankrome.com
**BLANK ROME LLP**

W. Cameron Beard
Thomas H. Belknap
Alan M. Weigel
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000
**BLANK ROME LLP**

/s/ Christopher R. Hart
Christopher R. Hart
State Bar No. 09136310
Federal Bar No. 12517
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile:  (713) 651-5246
Email: chris.hart@nortonrosefulbright.com
**Attorney-in-Charge for Defendants SPT Ltd. and SPT Marine Transfer Services Ltd.**

2

**OF COUNSEL:**
Lisa A. Houssiere
State Bar No. 24056950; Federal Bar No. 904591
Email: lisa.houssiere@nortonrosefulbright.com
Will Hailey
State Bar No. 24074339; Federal Bar No. 1132641
Email: will.hailey@nortonrosefulbright.com
**FULBRIGHT & JAWORSKI LLP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served pursuant to Federal Rule of Civil Procedure 5 on all counsel of record on this 3rd day of October, 2014, as follows:

Christopher R. Hart
Lisa A. Houssiere
Will Hailey
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

/s/ Mitchell R. Machann
Mitchell R. Machann